IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| (1) DEMARKUS GRAY, | ) |
| | ) |
| Plaintiff, | )  5:18-cv-01396-SMH-MLH |
| | ) |
| vs. | ) |
| | ) |
| (1) CREDIT MANAGEMENT LP, | ) |
| | ) |
| Defendant. | ) |

### SERVICE RETURNED EXECUTED

    I, Niko Imbraguglio, certify that I mailed a copy of the Summons, attached as Exhibit 1, and Complaint filed in this matter, to the following named defendant by certified mail, addressee only, return receipt requested, at the address shown below. As shown in Exhibit 2, the defendant received the service on December 4, 2018.

    CREDIT MANAGEMENT LP
    4200 International Parkway
    Carrollton, TX  75007

    /s/ Niko Imbraguglio
    Niko Imbraguglio, LSBA #37392
    PARAMOUNT LAW
    3014 Dauphine St., Ste. A #26107
    New Orleans, LA  70117
    (504) 321-8383 voice
    (918) 895-9774 fax
    5618@paramount-law.net

    Attorney for Plaintiff